# United States Court of Appeals
# for the Federal Circuit

---

**ANCORA TECHNOLOGIES, INC.,**
*Appellant*

v.

**ROKU, INC., VIZIO, INC., NINTENDO CO., LTD.,
NINTENDO OF AMERICA INC.,**
*Appellees*

---

2023-1674, 2023-1701

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01406, IPR2021-01338.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

June 16, 2025
Date

Jarrett B. Perlow
Clerk of Court